```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A97-0044--CR (HRH)
                             "USA V PETER GERMAIN"
                           DEF 1.1 GERMAIN, PETER

            Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:
              Filed: 04/07/97
             Closed: 08/27/97
No. of Defendants: 1
   MJ Case Number: A97-0025--MJ
                AKA:
   Location status: Released on Own Recognizance
         Trial date:
         Terminated: YES
Needs interpreter: NO
Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Retta-Rae Randall
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 GERMAIN, PETER

Document              Count    Citation and Description                        Disposition
--------              -----    ------------------------                        -----------
    1 -    1 IND       1       18:1344 BANK FRAUD (F)                          Terminated

    1 -    1 IND       2       18:1344 BANK FRAUD (F)                          Terminated

    1 -    1 IND       3       18:1344 BANK FRAUD (F)                          Terminated

    1 -    1 IND       4       18:1344 BANK FRAUD (F)                          Terminated

    1 -    1 IND       5       18:1344 BANK FRAUD (F)                          Terminated

    1 -    1 IND       6       18:1344 BANK FRAUD (F)                          Terminated

    1 -    1 IND       7       18:1344 BANK FRAUD (F)                          Terminated

    1 -    1 IND       8       18:1344 BANK FRAUD (F)                          Terminated

    1 -    1 IND       9       18:1344 BANK FRAUD (F)                          Terminated

    1 -    1 IND      10       18:1344 BANK FRAUD (F)                          Terminated

    1 -    1 IND      11       18:1344 BANK FRAUD (F)                          Terminated
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A97-0044--CR (HRH)
"USA V PETER GERMAIN"
DEF 1.1 GERMAIN, PETER

Including terminated defendants, excluding terminated counsel

```
1 -    1 IND    12      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    13      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    14      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    15      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    16      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    17      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    18      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    19      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    20      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    21      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    22      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    23      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    24      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    25      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    26      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    27      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    28      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    29      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    30      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    31      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    32      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    33      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    34      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    35      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    36      18:1344 BANK FRAUD (F)                          Terminated
1 -    1 IND    37      18:1344 BANK FRAUD (F)                          Terminated
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET PARTY INFORMATION FOR CASE A97-0044--CR (HRH)
                                       "USA V PETER GERMAIN"
                                      DEF 1.1 GERMAIN, PETER

                     Including terminated defendants, excluding terminated counsel


    1 -    1 IND    38       18:1344 BANK FRAUD (F)                                Terminated

    1 -    1 IND    39       18:1344 BANK FRAUD (F)                                Terminated

    1 -    1 IND    40       18:1344 BANK FRAUD (F)                                Terminated

    1 -    1 IND    41       18:1344 BANK FRAUD (F)                                Terminated

    1 -    1 IND    42       18:1344 BANK FRAUD (F)                                Terminated

    1 -    1 IND    43       18:1344 BANK FRAUD (F)                                Terminated

    1 -    1 IND    44       18:1344 BANK FRAUD (F)                                Terminated

    1 -    1 IND    45       18:1344 BANK FRAUD (F)                                Terminated

    1 -    1 IND    46       18:1344 BANK FRAUD (F)                                Terminated

    1 -    1 IND    47       18:1344 BANK FRAUD (F)                                Terminated

    1 -    1 IND    48       18:1344 BANK FRAUD (F)                                Terminated

    1 -    1 IND    49       18:1344 BANK FRAUD (F)                                Terminated
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A97-0044--CR (HRH)
                                      "USA V PETER GERMAIN"

                                        For all filing dates


   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
             Filed: 04/07/97
            Closed: 08/27/97
 No. of Defendants: 1


  Document #   Filed      Docket text
  ─────────────────────────────────────────────────────────────────────────────

      1 -  1   04/07/97   [Re: DEF 1] Consent to Transfer/Rule 20 for plea & sentence from Dist of
                          Minnesota.

      2 -  1   04/07/97   [Re: DEF 1] Cert cy Dist of Minn Return of WOA.

      3 -  1   04/07/97   [Re: DEF 1] Cert cy Dist of Minn Indictment.

      4 -  1   04/11/97   [Re: DEF 1] Documents transferred from: A97-025MJ:  crt min re init
                          appear; order setting conditions of release; financial afdvt; release,
                          crt min re status conf re R20.

      5 -  1   04/15/97   HRH Minute Order setting arraignment and entry of plea for 5-2-97 at
                          8:30am. cy USA, FPD, USPO, USM

      6 -  1   04/17/97   DEF 1 Unopposed Motion to reschedule change of plea hearing to June.

      7 -  1   04/21/97   [Re: DEF 1] HRH Order granting unopposed mot to reset COP (#6); RESET TO
                          6-6-97 AT 8:30 AM.  cy USA, USM, PO, FPD

      8 -  1   06/05/97   PLF 1 Plea Agreement.

      9 -  1   06/06/97   [Re: DEF 1] HRH Court Minutes [ECR: Linda Christensen] re Arr/EOP [held
                          6/6/97] Pled G to ct 49 of the indictment; IOS sent for 8/27/97 at
                          8:30am; bond continued as previously set; cts 1-48 to be dismissed; plea
                          agreement accepted. cc:AUSA, FPD, USM, PO

     10 -  1   08/15/97   PLF 1 Sentencing Memorandum.

     11 -  1   08/22/97   DEF 1 Sentencing Memorandum.

     12 -  1   08/26/97   DEF 1 Supplement re: deft's sentencing memo.

     13 -  1   08/27/97   [Re: DEF 1] HRH Judgment; pled G to ct 49 as stated in the indictment;
                          crts 1-48 dismissed;sent 1 month;supervised release 5 yrs;assessment
                          $50.00; restitution $59,744.27.  cc:USA, FPD, P. Germain [w/cnsl cpy],
                          USM, PO, Carmen, Finance

     14 -  1   08/28/97   [Re: DEF 1] HRH Court Minutes [ECR: Jennifer Gamble] re: IOS [held
                          8/27/97] sent 1 month; supervised release 5yrs; special assessment
                          $50.00.

     15 -  1   09/30/97   [Re: DEF 1] Partial Transcript re: IOS held 8/27/97.

     16 -  1   11/19/97   [Re: DEF 1] HRH Amended Judgment pled G as to cnt 49 of indictment;cnsts
                          1-48 are dismissed;sent 1 month;supervised release 5yrs; special
                          assessment $50;restitution $59,744.27.cc:USA, FPD, USM, PO, P. Germain,
                          Finance, Carmen

     17 -  1   02/12/98   [Re: DEF 1] HRH Order and report re: supervised release.  SR modified as
                          follows:  def shall submit to substace abuse testing as directed by the

 ACRS: R_RDSDX                  As of 12/01/05 at 2:55 PM by GARRY                        Page 1
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A97-0044--CR (HRH)
                                     "USA V PETER GERMAIN"
```

|                                 |
| ------------------------------- |
|      For all filing dates       |

| Document # | Filed | Docket text |
| --- | --- | --- |
| | | PO to determine whether the def has reverted to the use of drugs. |
| 18 - 1 | 05/03/99 | [Re: DEF 1] HRH Order and petition for supervised release modification; Crt ordered modification of conditions as noted above w/att waiver.  cc: USPO |
| 19 - 1 | 04/08/02 | [Re: DEF 1] PLF 1 Application re: Writ of Execution re: PFD. |
| NOTE - 1 | 04/09/02 | Issued: writ of execution on DEF 1 re: PFD. |
| 20 - 1 | 10/25/02 | USM Return of svc on writ of execution re: DEF 1 partially satisfying writ in the amt of $1,538.76 (receipt 00118889) on 4/18/02. |
| 21 - 1 | 11/08/02 | [Re: DEF 1] HRH Order and report re: def discharged from s/r & proceedings terminated.  cc: PO |
| 22 - 1 | 12/05/02 | [Re: DEF 1] PLF 1 motion to release attached PFD funds of $1538.76 |
| 23 - 1 | 12/09/02 | [Re: DEF 1] HRH Order granting motion to release attached PFD funds of $1538.76 (22-1). cc: cnsl, Finance |
| 24 - 1 | 04/22/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 2 | 04/27/05 | Issued: writ of execution re: DEF 1 on PFD. |
| 25 - 1 | 11/08/05 | USM Return of svc on writ of execution re: PFD on DEF 1 executed on 5/12/05 in the amt of $843.76. |