DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:97-CR-00044(HRH) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) APPLICATION AND AFFIDAVIT FOR |
| | ) ISSUANCE OF WRIT OF EXECUTION |
| PETER D. GERMAIN, | ) ON PERMANENT FUND DIVIDEND |
| | ) |
| Defendant. | ) |
| | ) |
| STATE OF ALASKA        ) | ) |
| ) ss. | |
| THIRD JUDICIAL DISTRICT ) | |

     I, RICHARD L. POMEROY, hereby state on oath:

     1.   Judgment for $59,794.27 was imposed on August 27, 1997,
in the above-entitled court and action, in favor of the United
States of America as judgment creditor and against PETER D. GERMAIN
as judgment debtor.

     2.   I am the attorney for said judgment creditor and I
request issuance of a Writ of Execution on the judgment.

     3.   The judgment debtor was represented by counsel.

     4.   The judgment entered is not a default judgment.

5.   ACCRUED since the entry of judgment are the following sums:

$0.00      accrued interest, computed at 0%.

$90.00     accrued costs.

6.   CREDIT must be given for payments and partial satisfaction in the total amount of:

$15,151.38      which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

7.   $44,732.89      ACTUALLY DUE on May 11, 2006.   Of this total, $44,642.89 is the amount of the original judgment as entered, which still remains due and bears interest at 0%.

8.   The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

9.   The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

10.   This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to 100% of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

//

U.S. vs. Peter D. Germain
Case No.: 3:97-CR-00044(HRH)

//

DATED this 17th day of May, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney


RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 17th day of May, 2006, at
Anchorage, Alaska.

NOTARY PUBLIC
State of Alaska
My Commission Expires: 11/17/08

U.S. vs. PETER D. GERMAIN
Case No.: 3:97-CR-00044(HRH)

3