IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>              Plaintiff,      )<br>                              )<br>      vs.                     )<br>                              )<br>PETER D. GERMAIN,             )<br>                              )     No. 3:97-cr-0044-HRH<br>              Defendant.      )<br>_____) | |

ORDER TO RELEASE PFD FUNDS

    Plaintiff's motion to release attached Permanent Fund Dividend funds[1] is hereby GRANTED.

    The attached funds, in the amount of $1,104.96, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account "0022-6855XX", as payment toward defendant's criminal restitution.

    IT IS SO ORDERED.

    DATED at Anchorage, Alaska, this 22nd day of January, 2007.

    /s/ H. Russel Holland
    United States District Judge

---

[1] Clerk's Docket No. 29.

- 1 -