IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>           Plaintiff,         )<br>                              )<br>     vs.                      )<br>                              )<br> PETER D. GERMAIN,            )<br>                              )   No. 3:97-cr-0044-HRH<br>           Defendant.         )<br> _____) | |

ORDER TO RELEASE PFD FUNDS

    Plaintiff's motion to release attached Permanent Fund Dividend funds[1] is hereby GRANTED.

    The attached funds, in the amount of $1,652.00, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account "0022-6855XX", as payment toward defendant's criminal restitution.

    IT IS SO ORDERED.

    DATED at Anchorage, Alaska, this <u>4th</u> day of February, 2008.

                                              /s/ H. Russel Holland<br>
                                              United States District Judge

---

[1]     Clerk's Docket No. 32.